**MAGISTRATE JUDGE ARNOLD**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DAVID A. COLE,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL NO.  C06-5457FDB** |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed by the parties, through their undersigned attorneys, that Plaintiff shall have an extension to and including January 10, 2007, to file Plaintiff's Opening Brief. It is further stipulated that Defendant shall have to and including February 7, 2007, to file Defendant's Brief. It is further stipulated that Plaintiff shall have to and including February 21, 2007, to file Plaintiff's Reply Brief.

DATED: December 1, 2006    s/Johanna Vanderlee_____
  **JOHANNA VANDERLEE**
  **Assistant United States Attorney**
   **(SIGNED PER E-MAIL AUTHORIZATION)**

DATED: December 1, 2006    s/Joseph B. Lavin_____
  **JOSEPH B. LAVIN, WSBA #11680**
  **Attorney for Plaintiff**

**ORDER**

It is so ORDERED

DATED this 5th day of December, 2006.

  /s/ J. Kelley Arnold_____
  **J. KELLEY ARNOLD**
  **UNITED STATES MAGISTRATE JUDGE**

STIPULATION AND ORDER FOR EXTENSION OF TIME
Page 1 of 2   [C06-5457FDB]

Joseph B. Lavin
Attorney at Law
101 E. Fifth St
Port Angeles, WA 98362
360-457-5763
Fax:  360-457-5919

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the attorney of record for the Defendant.

s/Gail L. Miller_____
Legal Assistant
101 E. Fifth St.
Port Angeles, WA 98362
Telephone:   360-457-5763
Fax:  360-457-5919
E-mail:  joseph.lavin@tenforward.com
joelavin@tenforward.com

**STIPULATION AND ORDER FOR EXTENSION OF TIME**
**Page 2 of 2    [C06-5457FDB]**

Joseph B. Lavin
Attorney at Law
101 E. Fifth St
Port Angeles, WA 98362
360-457-5763
Fax: 360-457-5919
