# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID A. COLE

              v.

MICHAEL ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5457FDB

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

   June 25, 2007                                                     BRUCE RIFKIN
Date                                                                       Clerk

                                                                      *s/Caroline M. Gonzalez*
                                                                      Deputy Clerk